Case: 1:26-mj-00181
Assigned To : Sharbaugh, Matthew J.
Assign. Date : 10/8/2026
Description: COMPLAINT W/ARREST WARRANT

**Statement of Facts**

On Monday, October 5, 2026, at approximately 6:32 P.M., Metropolitan Police Department ("MPD") officers and federal agents were conducting an unrelated investigation at the intersection of Benning Rd. SE and B St. SE in Washington, D.C. While conducting this investigation, officers saw the Defendant riding a moped southbound at the 4500 block of Benning Road SE. Officers could see that the Defendant was not wearing a helmet, and was looking at and waiving his hand to the officers as he drove past them. Officers then heard a loud noise consistent with a metal object striking and skidding on pavement. Officers ran in the direction of the noise and saw the Defendant in the middle of the road with the moped lying on the ground. The moped did not have a registration affixed to it. The Defendant tried to get up and run away from the scene, but was stopped by officers after a brief struggle. The Defendant was arrested for Use of Unidentified Vehicle.

Officers conducted a search of the Defendant incident to arrest. The Defendant had a crossbody bag with him which contained a Smith & Wesson SD9 VE 9mm caliber firearm bearing serial number FEC5751. The firearm had one round of 9mm caliber ammunition in the chamber and eight rounds of 9mm caliber ammunition in a ten round capacity magazine. Officers recovered an additional 11 loose rounds of 9mm ammunition from the crossbody bag. A records search revealed that the Defendant did not have a license to carry a firearm in the District of Columbia, and the firearm was not registered in the District of Columbia.




***Figure 1: Screenshot of body worn camera depicting the satchel (circled in red) containing the firearm, attached to the Defendant after he was placed in handcuffs.***

Officers conducted a search of the VIN on the moped driven by the Defendant, and determined that the moped had been reported stolen out of Prince George's County on September 20, 2026. On scene, the Defendant identified himself verbally as Antoine Jones, with date of birth [redacted]. The Defendant's fingerprints were livescanned at Central Booking after his arrest, and his true identity was determined to be Antoin Hilton, date of birth [redacted], PDID: [redacted].

A criminal history review of the Defendant's criminal record revealed that he was previously convicted in Case Number 2009 CF2 012900 in the Superior Court of the District of Columbia of Carrying a Pistol without a License. For this conviction, the Defendant was sentenced to 20 months. He was additionally convicted in Case Number CT170017X in Prince George's County, Maryland, of Reg Firearm Illegal Possession in 2017 and was sentenced in that case to 3 years confinement with 2 years and 9 months suspended. The Defendant was also convicted in

Case Number 2018 CF2 002954 in the Superior Court of the District of Columbia of Unlawful Possession of a Firearm (Intrafamily Offense) and was sentenced to 24 months, 10 months suspended. Finally, the Defendant was convicted in the U.S. District Court for the District of Columbia in case CR22-000330 of Distribution and Possession with the Intent to Distribute a Controlled Substance in or near School and was sentenced to 30 months of incarceration.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce before being used in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Antoin HILTON with a violation of 18 U.S.C. § 922(g)(1) (Unlawful Possession of Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

Fermarie Restua
Officer, Badge #2117
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41 (d)(3) on October 8, 2026.

Honorable Matthew J. Sharbaugh
United States Magistrate Judge